IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD COOPER                                                                                           PLAINTIFF

vs.                                            Civil No. 1:16-cv-01020

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                        DEFENDANT

## MEMORANDUM OPINION

Before the Court is Defendant's Unopposed Motion to Remand.  ECF No. 13.  Defendant filed this Motion on August 9, 2016.  *Id.*  Plaintiff has no objections to this Motion.  *Id.*  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g).  ECF No. 13.  After considering this Motion, and because Plaintiff has no objections this Motion, the Court **GRANTS** Defendant's Unopposed Motion to Remand.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 16th day of August 2016.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE